[No. 11141–1–II.  Division Two.  January 19, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY LYNN COOPER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 154553R40, J. Kelley Arnold, J., entered May 26, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 11183–7–II.  Division Two.  January 19, 1989.]

SAFECO INSURANCE COMPANY OF AMERICA, *Respondent,* v. MYRIN THOMPSON, *as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–2–00918–7, John N. Skimas, J., entered June 12, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed, J., and Langsdorf, J. Pro Tem.

[No. 8604–6–III.  Division Three.  January 19, 1989.]

RODNEY M. FLEISCHMAN, ET AL, *Respondents,* v. SUNN RIVER, INCORPORATED, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 85–2–00677–9, Fred R. Staples, J., entered April 23, 1987. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Gavin, J. Pro Tem.